# UNITED STATES DISTRICT COURT

219 U.S. Courthouse
El Paso, Texas 79901



William G. Putnicki
Clerk of Court

07cr 7038

October 15, 2007

U.S. Clerk of Court
Weldon S. Hamrick
4290 U.S. Courthouse
940 Front Street
San Diego, CA 92101

    I, WILLIAM G. PUTNICKI, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer jurisdiction to the U.S. District Court, Southern District of California, pursuant to an Order entered transferring, by the Honorable Judge Kathleen Cardone. Enclosed please find certified copies of the Indictment, J & C, docket sheet and order transferring jurisdiction in the cause entitled: <u>USA vs. Arturo Vargas-Gonzalez, EP-04-CR-2042-KC.</u>

    IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at El Paso, Texas, this 15th day of October, 2007.

WILLIAM G. PUTNICKI, CLERK

BY: *Maria A. Estrada*
Maria L. Estrada, Deputy

*Please acknowledge receipt on the enclosed
copy of this letter and return in the SASE.*

# UNITED STATES DISTRICT COURT
### 219 U.S. Courthouse
### El Paso, Texas 79901



William G. Putnicki
Clerk of Court

October 15, 2007

U.S. Clerk of Court
Weldon S. Hamrick
4290 U.S. Courthouse
940 Front Street
San Diego, CA 92101

    I, WILLIAM G. PUTNICKI, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer jurisdiction to the U.S. District Court, Southern District of California, pursuant to an Order entered transferring, by the Honorable Judge Kathleen Cardone. Enclosed please find certified copies of the Indictment, J & C, docket sheet and order transferring jurisdiction in the cause entitled: <u>USA vs. Arturo Vargas-Gonzalez, EP-04-CR-2042-KC.</u>

    IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at El Paso, Texas, this 15th day of October, 2007.

WILLIAM G. PUTNICKI, CLERK

BY: *Maria L. Estrada*
Maria L. Estrada, Deputy

\*Please acknowledge receipt on the enclosed
copy of this letter and return in the SASE.\*

PROB 22
(Rev. 9/98)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | EP-04-CR-12042KC |
| DOCKET NUMBER (Rec. Court) | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Arturo Vargas-Gonzalez (Southern District of California) | WD/TX | EL PASO |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Kathleen Cardone |

| DATES OF PROB. | FROM 01-11-2007 | TO 01-10-2009 |
|---|---|---|

**OFFENSE**

Importation of 50 kilograms or more of marijuana, a violation of 21 U.S.C. § 952 and 960

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Southern District of California** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_8/7/07_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Southern District of California**

   IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8/21/07_
Effective Date

_[signature]_
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

JUDGE KATHLEEN CARDONE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. EP-04-CR-_____ |
| Plaintiff, | ) |
| | ) **INDICTMENT** |
| VS. | ) |
| | ) **CT 1:** 21:952(a)-Importation of |
| ARTURO VARGAS-GONZALEZ, | ) a Controlled Substance; |
| | ) **CT2:** 21:841(a)(1)-Possession |
| Defendant. | ) of a Controlled Substance With |
| | ) Intent to Distribute |

EP04CR2042

THE GRAND JURY CHARGES:

**COUNT ONE**
(21 U.S.C. §§ 952(a), 960(a)(1) & 960(b)(3))

That on or about August 31, 2004, in the Western District of Texas, Defendant,

ARTURO VARGAS-GONZALEZ,

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved 50 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3).

**COUNT TWO**
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

That on or about August 31, 2004, in the Western District of Texas, Defendant,

ARTURO VARGAS-GONZALEZ,

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 50 kilograms or more of a mixture or substance containing a detectable amount of

A true copy of the original, I certify
WILLIAM C. F. NICKI
Clerk U.S. District Court
_____
Deputy

marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
## Western District of Texas
### EL PASO DIVISION

FILED 2005 JAN 28 AM 9:55
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

ARTURO VARGAS-GONZALEZ

Defendant.

Case Number   EP-04-CR-2042-KC
USM Number    Unassigned

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, ARTURO VARGAS-GONZALEZ, was represented by Anne Teresa Berton.

On motion of the United States, the Court has dismissed Count(s) Two (2) of the Indictment.

The defendant pled guilty to Count(s) One (1) of the Indictment on December 8, 2004. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 952 and 960 | Importing 50 kilograms or more of marijuana | August 31, 2004 | One (1) |

As pronounced on January 26, 2005, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 27th day of January, 2005.

_____
KATHLEEN CARDONE
United States District Judge

A true copy of the original, I certify
WILLIAM G. PUTNICKI
Clerk, U.S. District Court
_____ Deputy

AO 245 B (Rev. 05/04)(W.D.TX.) - Imprisonment

Judgment--Page 2

Defendant: ARTURO VARGAS-GONZALEZ
Case Number: EP-04-CR-2042-KC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 24 months.

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant serve this sentence at F. C. I., Victorville, California, or in the alternative, F.C.I. Lompoc, California.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons at or before 2:00 PM when notified to report by the United States Marshal on April 26, 2005.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245 B (Rev. 05/04)(W.D.TX.) - Supervised Release

Judgment--Page 3

Defendant: ARTURO VARGAS-GONZALEZ
Case Number: EP-04-CR-2042-KC

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of two (2) years.

While on supervised release, the defendant shall comply with the mandatory, standard and if applicable, the special conditions that have been adopted by this Court as set forth on pages 3, 4 and 5 of this judgment.

X        If excluded, deported or removed from the United States, the defendant shall not be required to report to the United States Probation Office. Further, the defendant shall not re-enter the United States illegally or without permission to legally re-enter the United States, the defendant shall report in-person to the nearest United States Probation Office within 72 hours of entry and shall continue to report as directed by the Court or Probation Officer for the remainder of any unexpired term of supervised release.

Judgment--Page 4

Defendant: ARTURO VARGAS-GONZALEZ
Case Number: EP-04-CR-2042-KC

## CONDITIONS OF SUPERVISION

### Mandatory Conditions:

1) The defendant shall not commit another federal, state, or local crime.

2) The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

3) In supervised release cases only, the defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

4) If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

5) The defendant shall cooperate in the collection of DNA as directed by the probation officer if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 1413a).

6) If convicted of a sexual offense as described in 18 U.S.C. § 4042(c)(4), the defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

7) If convicted of a domestic violence crime as defined in 18 U.S.C. § 3561(b), the defendant shall participate in an approved program for domestic violence.

8) If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.

### Standard Conditions:

1) The defendant shall not leave the judicial district without permission of the court or probation officer.

2) The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month.

3) The defendant shall answer truthfully all inquires by the Probation Officer and follow the instructions of the Probation Officer.

4) The defendant shall support his or her dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training or other acceptable reasons.

6) The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer.

10) The defendant shall permit a Probation Officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the Probation Officer.

11) The defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Defendant: ARTURO VARGAS-GONZALEZ
Case Number: EP-04-CR-2042-KC

14) If convicted of a sexual offense as described in 18 U.S.C. § 4042(c)(4), or has a prior conviction of a State or local offense that would have been an offense as described in 18 U.S.C. § 4042 (c)(4) if a circumstance giving rise to Federal jurisdiction had existed, the defendant shall participate in a sex offender treatment program approved by the probation officer. The defendant shall abide by all program rules, requirements and conditions of the sex offender treatment program, including submission to polygraph testing, to determine if the defendant is in compliance with the conditions of release. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

15) The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

16) The defendant shall submit to an evaluation for mental health counseling as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a mental health program approved by the probation officer. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

17) If the defendant is excluded, deported, or removed upon release from imprisonment, the term of supervised release shall be a non-reporting term of supervised release. The defendant shall not illegally re-enter the United States. If the defendant lawfully re-enters the United States during the term of supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

18) If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.

19) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

20) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the payment schedule.

AO 245 B (Rev. 05/04)(W.D.TX.) - CMP

Judgment--Page 6

Defendant: ARTURO VARGAS-GONZALEZ
Case Number: EP-04-CR-2042-KC

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 511 E. San Antonio Street, Room 219 El Paso, Texas 79901.

|        | Assessment | Fine | Restitution |
|--------|------------|------|-------------|
| TOTAL: | $100.00    | $0   | $0          |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of $100.00. Payment of this sum shall begin immediately.

### Fine

The fine is waived because of the defendant's inability to pay.

> Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.
>
> These conditions have been read to me. I fully uderstand the conditions and have been provided a copy of them.
>
> _____ Date _____
> Defendant
>
> _____ Date _____
> U.S. Probation Officer/Designated Witness

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (El Paso)
### CRIMINAL DOCKET FOR CASE #: 3:04-cr-02042-KC All Defendants

## Internal Use Only

Case title: USA v. Vargas-Gonzalez
Magistrate judge case number: 3:04-mj-03839

Date Filed: 09/22/2004

---

Assigned to: Honorable Kathleen Cardone

**Defendant**

**Arturo Vargas-Gonzalez (1)**
*TERMINATED: 01/26/2005*

represented by **Arturo Vargas-Gonzalez**
1817 Isla De Campanero
San Ysidro, CA 92173
PRO SE

**Anne Teresa Berton**
Federal Public Defender's Office
700 E. San Antonio Street
Suite D-401
El Paso, TX 79901
(915) 534-6525
Fax: 915/534-6534
Email: Anne_Berton@fd.org
*TERMINATED: 01/26/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| Pending Counts | Disposition |
|---|---|
| 21:952=MI.F MARIJUANA - IMPORT (1) | Deft. sentenced to 24 months imprisonment, 2 years supervised release, $100.00 special assessment fee |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| 21:841E=MD.F MARIJUANA - SELL, DISTRIBUTE, OR DISPENSE (2) | Count 2 Dismissed on motion by Govt. |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| Possession with the intent to distribute and importation of a quantity of marijuana, a Schedule I Controlled Substance, in violation of 21:841(a)(1) and 952(a). Approx. 153.9 pounds of Marijuana [ 3:04-m -3839 ] | |

**Plaintiff**

USA            represented by **Stephen G. Jurecky**
U.S. Attorneys Office
700 E. San Antonio
Suite 200
El Paso, TX 79901-0001
(915) 534-6884
Fax: 915/534-3418
Email: steve.jurecky@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2004 | | Arrest of Arturo Vargas-Gonzalez [ 3:04-m -3839 ] (ma) (Entered: 09/03/2004) |
| 09/01/2004 | | Case assigned to Judge Michael S. McDonald [ 3:04-m -3839 ] (ma) (Entered: 09/03/2004) |
| 09/01/2004 | 1 | Complaint filed against Arturo Vargas-Gonzalez [ 3:04-m -3839 ] (ma) (Entered: 09/03/2004) |
| 09/01/2004 | 2 | Motion by USA as to Arturo Vargas-Gonzalez to detain defendant without bond [ 3:04-m -3839 ] (ma) (Entered: 09/03/2004) |
| 09/01/2004 | | Defendant(s) Arturo Vargas-Gonzalez first appearance held ; preliminary exam set at 11:00 9/7/04 for Arturo Vargas-Gonzalez ; ; Defendant informed of rights. [ 3:04-m -3839 ] (ma) (Entered: 09/03/2004) |
| 09/01/2004 | | Oral Order of Temporary Detention as to Arturo Vargas-Gonzalez Bond set to NO BOND SET for Arturo Vargas-Gonzalez. setting Detention hearing for 11:00 9/7/04 for Arturo Vargas-Gonzalez signed by Judge Michael S. McDonald [ 3:04-m -3839 ] (ma) (Entered: 09/03/2004) |
| 09/01/2004 | 3 | Minutes of proceedings for Initial Appearance conducted on 09/01/04 as to Arturo Vargas-Gonzalez by Judge McDonald. Court Reporter: ERO [ 3:04-m -3839 ] (ma) (Entered: 09/03/2004) |
| 09/01/2004 | 4 | Order appointing Federal Public Defender for Arturo Vargas-Gonzalez Anne Teresa Berton to represent defendant signed by Judge Michael S. McDonald [ 3:04-m -3839 ] (ma) (Entered: 09/03/2004) |
| 09/01/2004 | | Notification by Arturo Vargas-Gonzalez that Defendant requires SPANISH Language interpreter [ 3:04-m -3839 ] (ma) (Entered: 09/03/2004) |
| 09/01/2004 | 5 | CJA-23 Financial Affidavit filed as to Arturo Vargas-Gonzalez [ 3:04-m -3839 ] (ma) (Entered: 09/07/2004) |
| 09/07/2004 | 6 | Waiver of preliminary examination by Arturo Vargas-Gonzalez : Defendant held to district court. [ 3:04-m -3839 ] (ma) (Entered: 09/08/2004) |
| 09/07/2004 | | Detention hearing for Arturo Vargas-Gonzalez held [ 3:04-m -3839 ] (ma) (Entered: 09/08/2004) |
| 09/07/2004 | | (Court only) Excludable - xh started for Arturo Vargas-Gonzalez [ 3:04-m -3839 ] (ma) (Entered: 09/08/2004) |
| 09/07/2004 | 7 | Minutes of proceedings for Detentino hrg. conducted on 09/07/04 as to Arturo Vargas-Gonzalez by Judge McDonald. Court Reporter: ERO [ 3:04-m -3839 ] (ma) (Entered: 09/08/2004) |
| 09/08/2004 | 8 | Order as to Arturo Vargas-Gonzalez denying motion to detain defendant without bond [2-1] Bond reset to $20,000 - 10% for Arturo Vargas-Gonzalez. as to Arturo Vargas-Gonzalez (1) signed by Judge Michael S. McDonald [ 3:04-m -3839 ] (ma) (Entered: 09/08/2004) |
| 09/10/2004 | 9 | Bond filed: $20,000 - 10% for Arturo Vargas-Gonzalez [ 3:04-m -3839 ] (ma) (Entered: 09/17/2004) |
| 09/10/2004 | | Bond ARTURO VARGAS-GONZALEZ added as to defendant Arturo Vargas-Gonzalez [ 3:04-m -3839 ] (ma) (Entered: 09/17/2004) |
| 09/22/2004 | | Case assigned to Judge Kathleen Cardone (aq) (Entered: 09/23/2004) |

| | | |
|---|---|---|
| 09/22/2004 | | (Court only) Added for USA attorney Stephen G. Jurecky (aq) (Entered: 09/23/2004) |
| 09/22/2004 | 10 | Indictment filed against Arturo Vargas-Gonzalez Arturo Vargas-Gonzalez (1) count(s) 1, 2 (Pages: 2) (aq) (Entered: 09/23/2004) |
| 09/24/2004 | 11 | Notice as to Arturo Vargas-Gonzalez setting arraignment for 11:00 10/1/04 for Arturo Vargas-Gonzalez , and setting docket call for 8:30 10/21/04 for Arturo Vargas-Gonzalez (aq) (Entered: 09/24/2004) |
| 09/29/2004 | 12 | Letter/Correspondence submitted by USA as to Arturo Vargas-Gonzalez regarding: plea agreement (dl1) (Entered: 09/30/2004) |
| 10/01/2004 | 13 | Waiver of personal appearance at arraignment and entry of plea not guilty by Arturo Vargas-Gonzalez (1) count(s) 1, 2 signed by Judge Michael S. McDonald (aq) (Entered: 10/04/2004) |
| 10/04/2004 | 14 | General Order of Discovery as to Arturo Vargas-Gonzalez signed by Judge Kathleen Cardone (aq) (Entered: 10/04/2004) |
| 10/21/2004 | 15 | Minutes of proceedings for Docket Call conducted on 10/21/04 as to Arturo Vargas-Gonzalez by Judge Cardone. Court Reporter: David Perez (aq) (Entered: 10/21/2004) |
| 10/21/2004 | | Docket call for Arturo Vargas-Gonzalez resetting to 11/18/04 for Arturo Vargas-Gonzalez (aq) (Entered: 10/21/2004) |
| 10/21/2004 | 16 | Order as to Arturo Vargas-Gonzalez order indicates failure to continue would make continuation of further proceedings impossible or result in a miscarriage of justice , and setting docket call for 8:30 11/18/04 for Arturo Vargas-Gonzalez signed by Judge Kathleen Cardone (aq) (Entered: 10/22/2004) |
| 11/18/2004 | 17 | Minutes of proceedings for Docket Call conducted on 11/18/04 as to Arturo Vargas-Gonzalez by Judge Cardone. Court Reporter: David Perez (aq) (Entered: 11/18/2004) |
| 11/18/2004 | | Docket call for Arturo Vargas-Gonzalez held, Deft. moves for rearraignment (aq) (Entered: 11/18/2004) |
| 11/19/2004 | 18 | Order of Referral to U.S. Magistrate Mesa on felony guilty/nolo plea as to Arturo Vargas-Gonzalez signed by Judge Kathleen Cardone (aq) (Entered: 11/22/2004) |
| 11/24/2004 | 19 | Order as to Arturo Vargas-Gonzalez setting rearraignment for 9:00 12/8/04 for Arturo Vargas-Gonzalez signed by Honorable Richard P. Mesa (aq) (Entered: 11/29/2004) |
| 11/30/2004 | 20 | Plea agreement filed as to Arturo Vargas-Gonzalez (dl1) (Entered: 11/30/2004) |
| 12/08/2004 | | Rearraignment as to Arturo Vargas-Gonzalez held, Deft. informed of rights (aq) (Entered: 12/09/2004) |
| 12/09/2004 | 21 | Minutes of proceedings for Rearraignment conducted on 12/8/04 as to Arturo Vargas-Gonzalez by Judge Mesa. Court Reporter: ER (aq) (Entered: 12/09/2004) |
| 12/09/2004 | 22 | Consent to administration of guilty/nolo plea and Rule 11 Allocution by a United States Magistrate Judge as to Arturo Vargas-Gonzalez (aq) (Entered: 12/09/2004) |
| 12/09/2004 | | Plea of guilty entered by Arturo Vargas-Gonzalez (1) count(s) 1 (aq) (Entered: 12/09/2004) |
| 12/09/2004 | | Referred to Probation for Pre-Sentence Report as to Arturo Vargas-Gonzalez (aq) (Entered: 12/09/2004) |
| 12/09/2004 | 23 | Findings of Fact and Recommendation on felony guilty/nolo plea before the United States Magistrate Judge as to Arturo Vargas-Gonzalez Recommendation that the District Court accept the guilty plea. (aq) (Entered: 12/09/2004) |
| 12/09/2004 | 24 | Order as to Arturo Vargas-Gonzalez setting sentencing for 9:00 1/26/05 for Arturo Vargas-Gonzalez signed by Judge Kathleen Cardone (aq) (Entered: 12/09/2004) |
| 12/27/2004 | 25 | Order as to Arturo Vargas-Gonzalez granting findings of fact plea Recommendation that the District Court accept the guilty plea. [23-1] as to Arturo Vargas-Gonzalez (1) signed by Judge Kathleen Cardone (aq) (Entered: 12/27/2004) |
| 12/27/2004 | | Guilty plea accepted by the court as to Arturo Vargas-Gonzalez (1) count(s) 1 ; Mooted Motions: |

| | | |
|---|---|---|
| | | (aq) (Entered: 12/27/2004) |
| 01/26/2005 | 26 | Minutes of proceedings for Sentencing conducted on 1/26/05 as to Arturo Vargas-Gonzalez by Judge Cardone. Court Reporter: David Perez (aq) (Entered: 01/27/2005) |
| 01/26/2005 | | Sentencing Arturo Vargas-Gonzalez (1) count(s) 1 held Arturo Vargas-Gonzalez (1) count(s) 1. Deft. sentenced to 24 months imprisonment, 2 years supervised release, $100.00 special assessment fee ; Mooted Motions: (aq) (Entered: 01/27/2005) |
| 01/26/2005 | | Dismissed count on motion by the Govt. Arturo Vargas-Gonzalez (1) count(s) 2 (aq) (Entered: 01/27/2005) |
| 01/26/2005 | | Pre-Sentence investigation as to Arturo Vargas-Gonzalez waived (aq) (Entered: 01/27/2005) |
| 01/28/2005 | 27 | Judgment and Commitment as to Arturo Vargas-Gonzalez (1) count(s) 1 (Pages: 6) signed by Judge Kathleen Cardone (aq) (Entered: 01/28/2005) |
| 07/08/2005 | 28 | Order as to Arturo Vargas-Gonzalez for return of cash bail signed by Judge Kathleen Cardone (aq) (Entered: 07/19/2005) |
| 10/12/2007 | 29 | Probation/Supervised Release Jurisdiction Transferred to Southern District of California as to Arturo Vargas-Gonzalez Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (me, ) (Entered: 10/15/2007) |
| 10/15/2007 | 30 | Transmittal Letter re Transfer of Jurisdiction to U.S. District Court for the Southern District of California as to Arturo Vargas-Gonzalez (me, ) (Entered: 10/15/2007) |