PROB 12B
(04/08)

FILED August 6, 2008

AUG 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Arturo VARGAS-Gonzalez    **Dkt No.:** 07-CR-7038- 001-IEG

**Name of Sentencing Judicial Officer:** The Honorable Irma E. Gonzalez, Chief U.S. District Judge

**Sentence:** 24 months custody, 2 years supervised release. (*Special Conditions: See Attached Judgment and Commitment Order.*)

**Date of Sentence:** January 27, 2005    **Date Commenced:** January 11, 2007

**Prior Violation History:** None.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Not enter the Republic of Mexico without permission of the probation officer.

### CAUSE

Jurisdiction of this case was transferred from the Western District of Texas. Mr. Vargas has numerous ties to Tijuana, B.C., Mexico, and has requested that he be allowed to visit his family there. However, the original conditions to do not allow the probation officer to grant this request. Mr. Vargas is in compliance with all other terms of his supervised release. Therefore, it is requested that the offender's conditions be modified as noted above.

Respectfully submitted:
by _____
Lori Hamilton
U.S. Probation Officer
(619) 409-5118

Reviewed and approved:
_____
Robert J. Walford
Supervising U.S. Probation Officer

Attachments _____

### THE COURT ORDERS:

☒ The Modification of Conditions as Noted Above

☐ Other _____

_____
The Honorable Irma E. Gonzalez
Chief U.S. District Judge

8/8/08
Date

